THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES, LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DAVID AND KELLY SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC and SELECT PORTFOLIO SERVING, INC.<br><br>Defendants. | Case No.: **2:20-CV-01914-MCE-DMC**<br><br>**ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND**<br><br>**Complaint Served:**<br>**October 1, 2020**<br>**Initial Response Date:**<br>**October 22, 2020**<br>**Current Response Date:**<br>**November 19, 2020**<br>**New Response Date:**<br>**December 17, 2020** |

- 1 –

**ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT**

Upon consideration of Plaintiffs David and Scott's ("Plaintiffs") and Defendant EQUIFAX INFORMATION SERVICES, LLC'S ("Defendant"), second stipulation to modify the deadline for Defendant to respond to the complaint to allow Defendant additional time to complete the settlement discussions, it is hereby ORDERED that the stipulation is GRANTED and that Defendant is granted an additional twenty eight days to respond to the Complaint, through December 17, 2020.

IT IS SO ORDERED.

Dated:  November 24, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500