**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID AND KELLY SCOTT, | Case No.: 2:20-cv-01914-MCE-DMC |
| Plaintiffs, | |
| vs. | **ORDER EXTENDING SELECT PORTFOLIO SERVICING, INC'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Experian Information Solutions, Inc., Equifax, Information Services, LLC, and Select Portfolio Servicing, Inc, | |
| Defendants. | Complaint filed: September 23, 2020<br>FAC filed:        December 18, 2020 |

The Court, having cosidered the Stipulation to Extend Time to Respond to First Amended Compaint between Defendant SELECT PORTFOLIO SERVICING, INC and Plaintiffs DAVID and KELLY SCOTT, and good cause appearing,

///

///

///

///

-1-

ORDER GRANTING SELECT PORTFOLIO SERVICING, INC'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Case No: 2:20-cv-01915-MCE-DMC

**THE COURT ORDERS AS FOLLOWS**:

The deadline for defendant SELECT PORTFOLIO SERVICING, INC. ("SPS") to respond to the First Amended Complaint is extended from January 4, 2021 for sixty days. Therefore, SPS shall respond to Plaintiffs' First Amended Complaint on or before March 5, 2021.

**IT IS SO ORDERED.**

Dated:  December 22, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE