# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AND KELLY SCOTT,<br><br>   Plaintiffs,<br>vs.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC, and Select Portfolio Servicing, Inc.,<br><br>   Defendants. | Case No.: 2:20-cv-01914-MCE-DMC<br><br>**ORDER EXTENDING SELECT PORTFOLIO SERVICING, INC.'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Complaint filed: September 23, 2020<br>FAC filed:       December 18, 2020 |

The Court, having considered the Stipulation to Extend Time to Respond to First Amended Complaint between Defendant SELECT PORTFOLIO SERVICING, INC., and Plaintiffs DAVID and KELLY SCOTT, and good cause appearing,

///

///

///

///

-1-

1    IT IS HEREBY ORDERED that:

2    The deadline for Defendant SELECT PORTFOLIO SERVICING, INC., to respond to the

3    First Amended Complaint is extended from March 5, 2021, to April 30, 2021.

4    IT IS SO ORDERED.

5    Dated:  February 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

-2-
ORDER EXTENDING SELECT PORTFOLIO SERVICING, INC'S TIME TO RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No: 2:20-cv-01914-MCE-DMC