**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SCOTT, et al. | No. 2:20-CV-1914-MCE-DMC |
| Plaintiffs, | |
| v. | ORDER |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. On February 17, 2021, the parties filed a stipulation to proceed with a settlement conference before the undersigned. See ECF No. 25. Good cause appearing therefor, and pursuant to the parties' stipulation, the matter is set for a settlement conference on April 13, 2021, at 9:30 a.m. The settlement conference will be conducted by remote means to be specified by the Court at a later date.

The parties are directed to each submit a confidential settlement conference statement directly to chambers by April 6, 2021. These statements shall not be filed. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. See Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and file the

1  attached Waiver of Disqualification.

2  IT IS SO ORDERED.

4  Dated:  March 3, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SCOTT, et al. | No. 2:20-CV-1914-MCE-DMC |
| Plaintiffs, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants. | |

WAIVER OF DISQUALIFICATION

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____       _____
                             By:  For Plaintiff(s)


DATED: _____       _____
                             By:  For defendant(s)

3