Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiffs
David and Kelly Scott

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| DAVID AND KELLY SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.<br>Defendant. | Case No.: 2:20-cv-01914-MCE-DMC<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Select Portfolio Servicing, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

The Clerk's Office is directed to close this case.

IT IS SO ORDERED.

Dated: May 19, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE